UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NORBERT CAMP                   CIVIL ACTION

VERSUS                          NUMBER: 07-3866

RICHARD STALDER              SECTION: "N"(5)

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on November 16, 2009, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Norbert Camp, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 14th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE